IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

* * * * *

MARTHA PRINCE,

Plaintiff,

v.

ROBERT M. CAREY AND SATHER TRUCKING CORPORATION, A FOREIGN CORPORATION,

Defendant.

Civil Action No.: CO-1637DDA/FLN

**ORDER EXTENDING SCHEDULING ORDER DEADLINES**

* * * * *

Based upon the foregoing Stipulation and agreement, it is hereby Ordered that the scheduling order deadlines in the above-entitled matter are extended as follows:

| | |
|---|---|
| Plaintiff's Expert Disclosure Deadline | April 1, 2002 |
| Defendant's Expert Disclosure Deadline | May 1, 2002 |
| Deposition of Experts Deadline | June 1, 2002 |

Trial ready date remains unchanged.

BY THE COURT:

Franklin L. Noel

Franklin L. Noel, Chief Magistrate Judge

FILED 3-7-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

113462-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

* * * * *

MARTHA PRINCE,

Plaintiff,

v.

ROBERT M. CAREY AND SATHER TRUCKING CORPORATION, A FOREIGN CORPORATION,

Defendant.

Civil Action No.: CO-1637DDA/PLN

**STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**

* * * * *

The parties, by and through their attorneys hereby stipulate and agree to submission of the following motion for extension of the scheduling order deadlines in this matter.

The parties hereby jointly move the Court to extend the Scheduling Order deadlines in the above-entitled matter as follows:

| | |
|---|---|
| Plaintiff's Expert Disclosure Deadline | April 1, 2002 |
| Defendant's Expert Disclosure Deadline | May 1, 2002 |
| Deposition of Experts Deadline | June 1, 2002 |

The parties stipulate and agree that formal motions and/or further hearing on this matter is waived. The Court may enter an Order extending the Scheduling Order deadlines without further proceedings.

HUNEGS, STONE, LeNEAVE, KVAS & THORNTON, P.A.

Dated: 3/1/02

Randal W. LeNeave, MN ID 181122
Richard L. Carlson, MN ID 210043
Attorneys for Plaintiff
1650 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 339-4511

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

113462-1

JOHN G. NESS & ASSOCIATES

Dated: 3-4-02 ________________

Michael R. Peterson, MN ID 86162
Attorneys for Defendants
6465 Wayzata Boulevard, Suite 450
St. Louis Park, MN 55426
(952) 541-5500