**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARTHA PRINCE,

Plaintiff,

vs.

ROBERT M. CAREY and SATHER TRUCKING CORPORATION, a foreign corporation,

Defendants.

Civil No. 00-1637 (DDA/FLN)

**ORDER ON PLAINTIFF'S MOTION TO STRIKE EXPERT TESTIMONY**

---

Hunegs, Stone, LeNeave, Kvas & Thornton, P.A., by KERMIT N. FRUECHTE, Minneapolis, Minnesota, for Plaintiff.

John G. Ness & Associates, by MICHAEL R. PETERSON, St. Louis Park, Minnesota, for Defendants.

---

This is a personal injury case arising from a truck collision that took place on July 27, 1999. Plaintiff filed her Complaint on July 12, 2000. In their Rule 26(f) report to the Court, the parties jointly proposed that Defendant "be required to disclose its experts to Plaintiff with reports by April 15, 2001." Magistrate Judge Noel accepted that proposal and issued a pretrial scheduling order on September 28, 2000, which provided that Defendants were to disclose the identity of experts to be called at trial and the substance of each expert's testimony on or before April 15, 2001. Following a pretrial conference on November 27, 2001, Judge Noel issued a second pretrial scheduling order dated November 29, 2001, which extended the deadline for disclosure of Defendants' experts and the substance of each expert's testimony to April 1, 2002. Both orders provided that any expert testimony "which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial." On March 7, 2002, Judge Noel approved a stipulation of the parties to extend Defendants' expert disclosure deadline to May 1, 2002, but otherwise did not alter the terms of the pretrial scheduling order. Defendants did not disclose any expert pursuant to Rule 26, in

SEP 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

compliance with the pretrial scheduling orders, or in response to Plaintiff's interrogatories requesting identification of each expert Defendants intended to call as a witness.

Defendants' trial witness list, dated July 17, 2002, includes two forensic engineers, Scott Kimbrough and Jessica Smith. Plaintiff moved to strike Kimbrough and Smith from Defendants' witness list, arguing that the untimely disclosure of those experts prevented Plaintiff from adequately preparing for the testimony of those experts at trial.

Defendants concede that their disclosure of these experts is untimely. Defendants argue that they had difficulty retaining witnesses in the area of expertise at issue. Defendants have not identified the effort made to obtain experts or the date upon which Defendants retained the newly identified experts. Defendants did not request an extension of time to retain experts or a continuance of the trial date. Given the provisions of the pretrial scheduling orders, the failure to respond to requests to identify experts in interrogatory answers, and the stipulated extension of expert disclosure deadlines, the Court agrees with Plaintiff that experts disclosed for the first time on Defendants' witness list following receipt of a notice of trial should not be allowed to testify. The pretrial scheduling orders specifically call for such a result. If discovery and trial preparation deadlines are to be meaningful, those deadlines must be enforced in a case such as this.

**IT IS HEREBY ORDERED THAT** Plaintiff's motion to strike Scott Kimbrough and Jessica Smith from Defendants' witness list is GRANTED. The Court will not permit Kimbrough or Smith to testify at trial.

Dated: September 20, 2002

DONALD D. ALSOP, Senior Judge
United States District Court