**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Martha Prince

Plaintiffs,

v.

Robert M. Carey and
Sather Trucking Corporation,

Defendants.

00 CV 1637 (DDA/FLN)

**ORDER FOR DISMISSAL**

---

The Court having been advised that the above action has been settled,

**IT IS ORDERED** that this action is hereby DISMISSED, with prejudice, along with any counterclaims, the Court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

DATED: October 4, 2002.

DONALD D. ALSOP, Senior Judge
United States District Court

OCT 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK