UNITED STATES DISTRICT COURT

STATE OF MINNESOTA

---

Martha Prince,

Plaintiff,

vs.

Robert M. Carey and
Sather Trucking Corporation,

Defendants.

Court File No. 00-1637 DDA/FLN

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL

---

The above-entitled action, including all Crossclaims, Counterclaims, and Third-Party Complaints interposed herein, having been fully compromised and settled, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective attorneys, that the same is hereby dismissed on the merits and with prejudice but without costs and disbursements to any of the parties.

Dated:

By: ____________________
Mr. Kermit Fruechte, ID# 0228734
Attorney for Plaintiff
900 Second Avenue South, Sutie 1650
Minneapolis, MN 55402
(612) 339-4511

JOHN G. NESS & ASSOCIATES

By: ____________________
Michael R. Peterson
Attorney ID. No. 86162
Attorney for Defendants
6465 Wayzata Blvd., Suite 450
St. Louis Park, MN 55426
(952) 541-5500

NOV 21 2002
FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**ORDER FOR DISMISSAL**

The Court, having reviewed all the files, records, and proceedings herein and being duly advised in the premises, does hereby make and enter the following Order:

IT IS HEREBY ORDERED that these proceedings and the same are dismissed with prejudice pursuant to the stipulation and agreement of the parties.

BY THE COURT:

Donald D. Alsop

Judge Donald D. Alsop

Dated at St Paul, Minnesota
this 21 day of November, 2002.